IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 15-cv-01973-MSK-KLM

CENTURYLINK, INC.,

Plaintiff,

v.

ALPINE AUDIO NOW, LLC,
TELARIS ENHANCED SERVICES, LLC, and
BLUETONE COMMUNICATIONS, LLC,

Defendants.

## STIPULATED RULE 502(d) ORDER

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

---

[1] This proposed stipulated 502(d) order is modeled after the form of order set forth by U.S. Magistrate Judge Kristen L. Mix and is submitted pursuant to the Courtroom Minutes entered January 19, 2016, Doc. 56.

Respectfully submitted this 28th day of January, 2016.

| BRYAN CAVE LLP | GORDON & REES LLP |
|---|---|
| /s/ Nathaniel D. Buchheit | /s/ Nicole C. Salamander Irby |
| Peter J. Korneffel, Jr.<br>Nathaniel D. Buchheit<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203-4541<br>Phone: 303-866-0233<br>Fax: 303-866-0200<br>peter.korneffel@bryancave.com<br>nathaniel.buchheit@bryancave.com<br><br>ATTORNEYS FOR PLAINTIFF | John M. Palmeri<br>Nicole C. Salamander Irby<br>Megan M. Rose<br>555 Seventeenth Street, Ste. 3400<br>Denver, Colorado 80202<br>Phone: 303-534-5160<br>jpalmeri@gordonrees.com<br>nsalamanderirby@gordonrees.com<br>mrose@gordonrees.com<br><br>ATTORNEYS FOR DEFENDANT<br>ALPINE AUDIO NOW, LLC |

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/ Adam L. Massaro
Kenneth F. Rossman, IV
Adam L. Massaro
LEWIS ROCA ROTHGERBER CHRISTIE LLP
1200 17th Street, Suite 3000
Denver, CO 80202
Phone: 303-623-9000
krossman@lrrc.com
amassaro@lrrc.com

ATTORNEYS FOR DEFENDANT
BLUETONE COMMUNICATIONS, LLC

SO ORDERED this 28T day of January, 2016.

BY THE COURT:

[signature]